478 A.2d 80

Commonwealth v. Spernock, Appellant.

Submitted May 18, 1984. John H. Corbett, Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.

478 A.2d 80

Commonwealth v. Steele, Appellant.

Submitted April 10, 1984. Richard E. Goldinger, Assistant Public Defender, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.